

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

HDJ Construction, LLC,
\* From the 90th District Court
of Stephens County,
Trial Court No. CV-32,462.

No. 11-24-00203-CV
\* April 10, 2025

Edward Madewell,
\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the parties' agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, we grant the motion, remand the cause to the trial court for the parties to effectuate their settlement agreement, and dismiss this appeal. The costs incurred by reason of this appeal are taxed against HDJ Construction, LLC.